FILED

JUL 24 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA SUE BROWN,<br><br>Defendant. | CR 19-23-M-DWM<br><br>ORDER |

The United States having moved unopposed to quash a writ for the production of a trial witness in light of the plea agreement entered in this case,

IT IS ORDERED that the United States' motion (Doc. 34) is GRANTED. The Writ of Habeas Corpus (for testimony) (Doc. 21) directing the Warden of the Montana State Prison, Deer Lodge, Montana, the Warden of Passages Women's Center, Billings, Montana, and Rod Ostermiller, United States Marshal for the District of Montana, to produce Ashley Marie McCormack, before the Court at the Russell Smith U.S. Courthouse at Missoula, Montana, at 9:00 a.m. on July 29, 2019, IS HEREBY QUASHED.

DATED this 24th day of July, 2019.

10:08 A.M.

Donald W. Molloy, District Judge
United States District Court