IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JUL 24 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA SUE BROWN,<br><br>Defendant. | CR 19-23-M-DWM<br><br>PRELIMINARY<br>ORDER OR FORFEITURE |

THIS MATTER comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 32.) The Court finds:

THAT the United States and Defendant Barbara Sue Brown entered into a plea agreement that provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2); 18 U.S.C. §924(d);

THAT prior to the disposition of the assets, the United States Marshal's Service, and/or the United States Department of Homeland Security, or its designated sub-custodian, is required to seize the forfeited property; and

THAT 21 U.S.C. § 853(n)(1) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical, direct written notice of the forfeiture and the United States' intent to dispose of the property.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States' motion (Doc. 32) is GRANTED;

THAT Defendant Barbara Sue Brown's interest in any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of the violation in Counts I and II of the Superseding Information, and any property used and intended to be used, in any manner and part, to commit, and facilitate the commission of, such violation, is forfeited to the United States in accordance with 21 U.S.C. § 853(a)(1) and (2); 18 U.S.C. §924(d). That property consists specifically of the following items:

- $803 United States currency;
- Ruger 9mm pistol, Model LC9s, S/N 328-15206;
- One Ruger 9mm magazine; and
- 3 rounds of 9mm ammunition.

THAT the United States Department Marshal's Service, and/or the United States Department of Homeland Security, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive

days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2, in which all interests will be addressed.

DATED this 24th day of July, 2019.

Donald W. Molloy, District Judge
United States District Court