

FILED

OCT 16 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARBARA SUE BROWN,<br><br>Defendant. | CR 19–23–M–DWM<br><br>ORDER |

The United States having moved unopposed for the entry of a final order of forfeiture, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2); 18 U.S.C. § 924(d) and Rule 32.2, Federal Rules of Criminal Procedure.

2. A preliminary order of forfeiture was entered on July 24, 2019. (Doc. 37.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 43.)

1

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2); 18 U.S.C. § 924(d); and Rule 32.2, Federal Rules of Criminal Procedure.

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 46) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(n)(7) and (2); Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- $803 United States currency;
- Ruger 9mm pistol, Model LC9s, S/N 328-15206;
- One Ruger 9mm magazine; and
- 3 rounds of 9mm ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 16th day of October, 2019.

Donald W. Molloy, District Judge
United States District Court

2